IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| JEFFREY ALLEN HOLDEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | Case No. CIV-18-0479-F |
| | ) | |
| GEO GROUP PRIVATE PRISON CONTRCTORS, et al., | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The Report and Recommendation of Magistrate Judge Gary M. Purcell (doc. no. 7) recommends denial of plaintiff's motion to proceed *in forma pauperis* (doc. no. 3), on the ground that plaintiff has sufficient financial resources to pay the fee. Plaintiff has now paid the $400.00 filing fee. Doc. no. 9. Accordingly, it is clear that plaintiff does not object to the recommendations made in the Report. The Report and Recommendation of the magistrate judge is **ACCEPTED**, **AFFIRMED** and **ADOPTED**, and plaintiff's motion to proceed *in forma pauperis* is **DENIED**. As the filing fee has been paid, this matter is referred back to the magistrate judge for all proceedings consistent with the original referral.

IT IS SO ORDERED this 27th day of June, 2018.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

18-0479p001.docx